IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV841

| | |
|---|---|
| AMELIA RUTLEDGE,      )<br>    Plaintiff,      )<br>                             )<br>Vs.                          )<br>                             )<br>NORTH CAROLINA DEPARTMENT    )<br>OF REVENUE,                  )<br>    Defendant.     )<br>_____) | ORDER |

    This matter is before the Court upon its own motion. Pending in this case is Defendant's Motion for Change of Venue and Motion to Dismiss. For the sake of efficiency, the Court would like to address the Motion for Change of Venue first. However, the parties' briefs on this issue are inadequate for the Court to properly render a decision. Accordingly, the Court will set this matter for oral argument on **December 4, 2013, at 10:30 a.m.**. The parties are directed to come prepared with affidavits supporting their positions as to the each of the eleven factors the Court must weigh when considering a motion under 28 U.S.C. § 1404(a). OF course the parties are free to and indeed are encouraged to file such affidavits before the hearing date.

    IT IS SO ORDERED.

Signed: November 14, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge