IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV841

| | | |
|---|---|---|
| AMELIA H. RUTLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NORTH CAROLINA | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon Defendant's Motion for Change of Venue. A hearing was held in this matter on December 4, 2013. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendant's Motion for Change of Venue is hereby GRANTED and this case is hereby transferred to the United States District Court for the Middle District of North Carolina for the convenience of the parties and witnesses and in the interest of justice.

Signed: December 4, 2013

*[Signature]*

Graham C. Mullen
United States District Judge